FOR PUBLICATION

## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
### DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 2006-190 |
| FRANK J. PATOCK, JR., DOUGLAS LYNCH, CLEARVIEW FINANCIAL, LLC and PLAATSDALE ASSOCIATES, LLC, | ) ) ) ) | |
| Defendants. | ) ) ) | |

ATTORNEYS:

**Gregory H. Hodges, Esq.**
St. Thomas, U.S.V.I.
    *For the plaintiff.*

**Steven Hogroian, Esq.**
St. John, U.S.V.I.
    *For defendant Frank J. Patock, Jr.*

**Douglas Lynch**
8 Rosedale Terrace, Holmdel, NJ 07733
    *Pro se defendant.*

**Benjamin A. Currence, Esq.**
St. Thomas, U.S.V.I.
    *For defendants Clearview Financial, LLC and Plaatsdale Associates, LLC.*

## ORDER

**GÓMEZ, C.J.**

    Before the Court is the motion of Frank J. Patock, Jr.

("Patock") to set aside the entry of default against him, and to

*Mortgage Electronic Registration System, Inc. v. Patock, et al.*
Civil No. 2006-190
Order
Page 2

set aside this Court's March 20, 2008, Judgment.  For the reasons

stated in the accompanying Memorandum Opinion of even date, it is

hereby

**ORDERED** that the motion is **GRANTED;** and it is further

**ORDERED** that the March 20, 2008, Judgment is **VACATED.**


S\_____
     **Curtis V. Gómez**
     **Chief Judge**